**In the MATTER OF the PETITION OF William J. WEBB, Jr. for a Writ of Mandamus**

**No. 355, 2016**

Supreme Court of Delaware.

Submitted: July 27, 2016
Decided: September 1, 2016

DISMISSED.